# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:10-cv-02200-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| $3,630.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Government counsel's failure to file a Status Report. Order #6 dated January 25, 2011, required the Government's counsel to file a Status Report regarding a continuance of the stay no later than July 25, 2011.  To date, counsel has not complied. Accordingly,

**IT IS ORDERED** counsel for the Government shall file a Status Report no later than **August 12, 2011**.

DATED this 2nd day of August, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge