UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br> v.<br><br>$3,630.00 IN UNITED STATES CURRENCY,<br><br>            Defendant. | ORDER<br><br>2:10-CV-02200-PMP-GWF<br>related to 2:10-CR-00378-KJD-PAL |

ORDER

Having reviewed the Status Report of the United States (Doc. #13) and good cause appearing, IT IS ORDERED THAT the Government shall have until March 30, 2012 to file a motion for summary judgment or other pleadings in this case.

DATED:  March 14, 2012

_____
PHILIP M. PRO
United States District Judge