DANIEL G. BOGDEN
United States Attorney
Nevada State Bar # 2137
KATHLEEN BLISS
Assistant United States Attorney
Nevada State Bar #7606
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
| Plaintiff,          ) | |
|                                      ) | |
| v.                        ) | 2:10-CV-2200-PMP (GWF) |
|                                      ) | |
| $3,630.00  IN UNITED STATES CURRENCY,  ) | |
|                                      ) | |
| Defendant.          ) | |

**MOTION FOR AN ORDER TO LIFT THE STAY AND FOR SERVICE OF PROCESS**

The United States of America, by and through Daniel G. Bogdon, United States Attorney for the District of Nevada, and Kathleen Bliss, Assistant United States Attorney, moves this Honorable Court for an Order to lift the stay in the above-captioned case.

The basis for lifting the stay is that the related criminal case, 2:10-cr-0585-RLH-PAL, is nearly complete, in that all defendants have pleaded guilty and have been sentenced or are awaiting sentencing. Moreover, all defendants have stipulated to an order of forfeiture in the form of a money judgment. However, Defendant Brandon Johnson, who pleaded guilty on February 22, 2012, stipulated under oath that the subject currency, Defendant $3,630.00, constituted proceeds of the criminal activity to which he pleaded guilty; that is, drug trafficking, in violation of 21 U.S.C. §§ 841(a) and 846, and he conceded to forfeiture of the $3,630.00 in United States Currency (see

Document Number 88, 2:10-cr-0585-RLH-PAL)).  A preliminary order of forfeiture was entered by
the court (see Document Number 90, 2:10-cr-0585-RLH-PAL)).

On March 14, 2012, this Court entered an order, directing the government to file a motion
for summary judgment or other pleadings relative to this case.  The government submits that the
appropriate pleading at this time is the instant motion.   The Court should grant the government's
motion and enter an order to lift the stay so that Service of Process may be completed relative to the
defendant currency.

The United States further moves the Court for sixty days from the time the signed Order is
received by the United States Attorney's Office to complete the service of process in this action.

DATED this 29th day of March 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


 /s/   Kathleen Bliss
KATHLEEN BLISS
Assistant United States Attorney




IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE

DATED: March 30, 2012

2