DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Michael.Humphreys@usdoj.gov
Counsel for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CV-2200-PMP-(FWF) |
| $3,630.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

AMENDED DEFAULT JUDGMENT OF FORFEITURE

1. The United States filed a verified Complaint for Forfeiture in Rem (ECF No. 1) on December 17, 2010. The Complaint (ECF No. 1) alleges the defendant property:

  a. was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

  b. is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

      c.    was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

2. On December 22, 2010, the Court entered an Order for Summons and Warrant of Arrest in Rem for the Property and Notice (ECF No. 3) and issued the Summons and Warrant of Arrest in Rem (ECF No. 4).

3. Pursuant to the Order (ECF No. 3), the Complaint (ECF No. 1), the Order (ECF No. 3), the Summons and Warrant (ECF No. 4), and the Notice of Complaint for Forfeiture (ECF No. 7, p. 9-10, ECF No. 23, p. 4-5) were served on the defendant property and all persons claiming an interest in the defendant property. Notices of Filing Service of Process, ECF Nos. 7 and 23. All persons interested in the defendant property were required to file their claims with the Clerk of the Court no later than 35 days after the notice of this action was sent by mail, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. Notices of Filing Service of Process, ECF Nos. 7 and 23.

4. On February 8, 2011, the United States Marshals Service served the Complaint, the Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice by executing them on the defendant property. Notice of Filing Service of Process, ECF No. 7, p. 2, 9-20.

5. On February 8, 2011, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on Brandon Johnson by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 7, p. 3-4, 9-20.

6. On February 8, 2011, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on La-Ninja Rockymore by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 7, p. 5-6, 9-20.

. . .

7. On February 8, 2011, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on Nina Scott by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 7, p. 7-20.

8. On January 9, 2013, the United States Marshals Service served the Complaint, the Summons and Warrant of Arrest in Rem for the Property, the Order, and the Notice on Tara Stafford by certified return receipt mail and regular mail. Notice of Filing Service of Process, ECF No. 23, p. 3-15.

9. Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from April 2, 2012, through May 1, 2012. Notice of Filing Proof of Publication, ECF No. 17.

10. No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

11. On September 18, 2012, the United States filed a Request for Entry of Default (ECF No. 18) against: (1) $3,630.00 in United States Currency; (2) Brandon Johnson; (3) La-Ninja Rockymore; (4) Nina Scott; and (5) all persons or entities who claim an interest in the defendant property in the above-entitled action.

12. On September 19, 2012, the Clerk of the Court entered a Default (ECF No. 19) against:(1) $3,630.00 in United States Currency; (2) Brandon Johnson; (3) La-Ninja Rockymore; (4) Nina Scott; and (5) all persons or entities who claim an interest in the defendant property in the above-entitled action.

13. On April 5, 2013, the United States filed a Request for Entry of Default (ECF No. 24) against: (1) $3,630.00 in United States Currency; (2) Tara Stafford; and (3) all persons or entities who claim an interest in the defendant property in the above-entitled action.

14. On April 8, 2013, the Clerk of the Court entered a Default (ECF No. 25) against: (1) $3,630.00 in United States Currency; (2) Tara Stafford; and (3) all persons or entities who claim an interest in the defendant property in the above-entitled action.

1   15. Brandon Johnson is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003.

2   16. Nina Scott is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003.

3   17. La-Ninja Rockymore is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003.

4   18. Tara Stafford is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003.

5   19. The allegations of the Complaint are sustained by the evidence and should be adopted as findings of fact. The Court should conclude as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against the: (1) $3,630.00 in United States Currency; (2) Brandon Johnson; (3) Nina Scott; (4) La-Ninja Rockymore; and (5) Tara Stafford; and all persons or entities who claim an interest in the defendant property in the above-entitled action. .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 11, 2013.